# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0070.  MI YON BROWN v. THE STATE.**

In this application for discretionary appeal, Mi Yon Brown seeks review of the trial court's order denying her motion for new trial in her criminal case.  The application materials suggest that Brown was convicted, in the State Court of DeKalb County, of failure to maintain lane.

From the limited materials presented with the application, the trial court's order appears to be subject to direct appeal. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995) (notice of appeal is timely if filed within 30 days of entry of the trial court's order denying a motion for new trial).  This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED.  Brown shall have ten days from the date of this order to file a notice of appeal with the trial court.  If she has already filed a notice of appeal, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  10/20/2015
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*                  *, Clerk.*